IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARO HAMMOND<br>504 Bradwell Street, Apt. D<br>Hinesville, Georgia 31313 | * * | |
| Plaintiff | * | |
| v. | * | |
| DAVID S. CHIANG, M.D.<br>3015 Kelltowne Court<br>Naperville, Illinois 60565 | * * | Case No. |
| and | * | |
| PROGRESSIVE MRI, L.L.C.<br>1820 Sweetbay Drive, Suite 102<br>Salisbury, Maryland 21804 | * * | |
| Defendants | * | |

## COMPLAINT

Plaintiff Charo Hammond, through her attorneys, Laurence A. Marder, and Bekman, Marder & Adkins, L.L.C., hereby sues Defendants David Chiang, M.D., and Progressive MRI, L.L.C., and in support thereof states as follows:

### The Parties, Jurisdiction and Venue

1. Plaintiff, Charo Hammond, is a citizen and resident of Georgia.

2. On March 16, 2020, this claim (HCA No. 2020-128) was filed in the Health Claims Alternative Dispute Resolution Office ("HCADRO"), as required by Maryland law, and arbitration of the claim was waived by Plaintiffs, pursuant to Md. Code Ann., Cts. & Jud. Proc. § 3-2A-06B(b), on July 29, 2020. The Statement of Claim, Plaintiff's Certificates of Qualified Expert and

1

Reports, and the Order of Transfer from HCADRO (dated August 4, 2020) are attached as Exhibits 1-3.

3. Defendant David Chiang, M.D., is a healthcare provider who is a citizen and resident of Illinois. For all times relevant to this action, Dr. Chiang was licensed in the State of Maryland, and maintained a principal place of business in Wicomico County, Maryland.

4. Defendant Progressive MRI, L.L.C., is a Maryland limited liability company, which provides diagnostic radiology services in Salisbury, Maryland.

5. The amount of this claim exceeds $75,000.00.

6. Jurisdiction is proper in the United States District Court for the District of Maryland under 28 U.S.C. § 1332, as this controversy involves a dispute between citizens of different states and the amount in controversy exceeds the jurisdictional requirement.

## Facts Common to All Counts

7. At all times relevant, Defendant David Chiang, M.D. held himself out to the general public as an experienced, competent, and able physician and radiologist, possessing and providing that degree of skill and knowledge ordinarily possessed by those in his profession. Dr. Chiang had a duty to Plaintiff, Charo Hammond, to render that degree of care and treatment, which is ordinarily rendered by those who practice radiology.

8. At all times relevant, Defendant Progressive MRI, L.L.C. was and is a medical facility offering medical, and other related services to the public, including radiology services. Progressive MRI, L.L.C. owed a duty to the Plaintiff to render and provide healthcare within the ordinary standards of care and to exercise reasonable care in the selection of its personnel.

9. At all times relevant, David Chiang, M.D., was acting within the scope of agency or employment for Progressive MRI, L.L.C.

10. On or about March 20, 2017, Plaintiff, Charo Hammond, presented to Progressive MRI, L.L.C., for an MRI of the brain and pituitary with contrast. She came in with a history of pituitary microadenoma.

11. The MRI was read and interpreted by David Chiang, M.D. During his reading and interpretation of the imaging study, he failed to appreciate the presence of a mass on the left side in the cavernous sinus that was consistent with a meningioma.

12. Plaintiff experienced ongoing headaches and visual disturbances. In addition, the meningioma continued to grow.

13. A CT scan performed on July 27, 2018 found what was thought to be a cavernous sinus meningioma with a recommendation for an MRI to confirm the diagnosis. The MRI was performed on July 30, 2018. The delay in diagnosis and the growth of the tumor between March 20 to the time of diagnosis foreclosed definitive care and management. As a result, the Plaintiff suffers and will continue to suffer from ongoing headaches, eye pain and pressure along with memory loss, fatigue and personality changes.

## Count I – Negligence

14. Plaintiff adopts and incorporates paragraphs 1 through 13 as if fully set forth herein.

15. Defendants were negligent and careless in the following respects:

    a. in failing to diagnose and report the presence of a meningioma when reading and interpreting the MRI of March 20, 2017;

    b. in failing to report the impression of the presence of a meningioma and to recommend further follow-up treatment and management;

    c. and were otherwise negligent and careless.

16. As a direct and proximate result of the negligence of the Defendants, Plaintiff has suffered serious physical and emotional injuries, and has incurred and will continue to incur substantial medical bills; has endured and will continue to endure emotional, mental and psychological pain and suffering, financial losses and was otherwise injured and damaged.

WHEREFORE, Plaintiff claims damages against Defendants David Chiang, M.D. and Progressive MRI, L.L.C., in an amount exceeding $75,000.00, to be determined by a jury, together with all costs of this action.

/s/ Laurence A. Marder
LAURENCE A. MARDER (CPF #: 8305010001)
marder@bmalawfirm.com
BEKMAN, MARDER & ADKINS, LLC
300 W. Pratt Street, Suite 450
Baltimore MD 21201
410-539-6633

**Attorneys for Plaintiff**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARO HAMMOND<br>504 Bradwell Street, Apt. D<br>Hinesville, Georgia 31313 | * | |
| Plaintiff | * | |
| v. | * | |
| DAVID S. CHIANG, M.D.<br>400 Eastern Shore Drive<br>Salisbury, Maryland 21804 | * | Case No. |
| and | * | |
| PROGRESSIVE MRI, L.L.C.<br>1820 Sweetbay Drive, Suite 102<br>Salisbury, Maryland 21804 | * | |
| Defendants | * | |

## ELECTION FOR JURY TRIAL

Plaintiff Charo Hammond, through her attorneys, Laurence A. Marder, and Bekman, Marder, and Adkins, LLC, respectfully request a trial by jury in the above captioned matter.

/s/ Laurence A. Marder
LAURENCE A. MARDER (CPF #: 8305010001)
marder@bmalawfirm.com
BEKMAN, MARDER & ADKINS, LLC
300 W. Pratt Street, Suite 450
Baltimore MD 21201
410-539-6633

*Attorneys for Plaintiff*